# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
February 1, 2024
Lyle W. Cayce
Clerk

No. 23-20035

_____

Jennifer Harris,

*Plaintiff—Appellee,*

versus

FedEx Corporate Services, Inc.,

*Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:21-CV-1651

_____

Before Southwick, Engelhardt, and Wilson, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED IN PART; REVERSED IN PART, RENDERED IN PART, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

No. 23-20035

IT IS FURTHER ORDERED that each party bear its own costs on appeal.